# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics in Government Act of 1978, (5 U.S.C. app. §§101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| LEE, WILLIAM C. | U. S. DISTRICT COURT NORTHERN DISTRICT OF INDIANA | April 27, 2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. DISTRICT JUDGE - Senior status eff. 2/3/03 | ___ Nomination, Date _____  ___ Initial  _X_ Annual ____ Final  5b. ___ Amended Report | January 1, 2008 through December 31, 2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 2100 E. Ross Adair Federal Building Fort Wayne, IN 46802 | Reviewing Officer _____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

[ ] **NONE** (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Chairman | Ft. Wayne Community School Scholarship Committee |
| 2. Chairman | Indiana Pro Bono Commission |
| 3. Board Member | Allen County Fort Wayne Historical Society |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

[X] **NONE** (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |

2009 MAY -1 P 3:28 FINANCIAL DISCLOSURE OFFICE RECEIVED

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

### A. Filer's Non-Investment Income

[ ] **NONE** (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|
| 1. 2008 | West Publishing Co. Book royalties | $ 38,467.31 |
| 2. 2008 | Wilson Foundation - Committee Attendance Fees | $ 1,500.00 |
| 3. | | $ |

### B. Spouse's Non-Investment Income - **If you were married during any portion of the reporting year, please complete this section (dollar amount not required except for honoraria).**

[X] **NONE** (No reportable non-investment income.)

1.

## Lee, William C

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting<br>WILLIAM C. LEE, JUDGE | Date of Report<br>April 27, 2009 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

☐ **NONE** (No such reportable reimbursements.)

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PROVIDED OR PAID |
|---|---|---|---|---|---|
| 1. | IN Pro Bono Commission | 1/10/08 | Indianapolis, IN | Commission Meeting | transportation, parking |
| 2. | IN Pro Bono Commission | 4/30/08 | Indianapolis, IN | Commission Meeting | transportation, parking |
| 3. | IN Pro Bono Commission | 5/14/08 | Indianapolis, IN | Commission Meeting | transportation, parking |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |
| 7. | | | | | |
| 8 | | | | | |
| 9 | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

☒ **NONE** (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | $ |
| 2. | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

☐ **NONE** (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Tower Bank | Mortgage on Steuben Co., IN farm | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

*Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000   P3=$25,000,001-50,000,000   P4=$50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Steuben Co., IN, farm | E | rent | O | W | | | | | |
| 2 Tower Bank | B | int | K | T | Closed Account | 12-05-07 | K | A | Closed CD Account |
| 3 Tower Bank | A | int | J | T | | | | | |
| 4 Keough Plan - money market | A | int | K | T | Closed Account | 05-27 | K | A | Closed Account |
| 5 Audible - stock | A | div | J | T | Sold | 03-18 | J | A (loss) | |
| 6 Lumera - Stock | A | div | J | T | Sold | 05-27 | J | D (loss) | |
| 7 Sirius | A | div | J | T | Sold | 05-23 | J | E (loss) | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | WILLIAM C. LEE, JUDGE | April 27, 2009 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

Part VII - Investments and Trusts - Line 2 - Tower Bank CD was closed on 12-05-07 and inadvertently was not reported on 2007 report.

## IX.  CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signa ████████████████████

NOTE:  ANY INDIVIDUAL WHO KNOWINGLY AND WI█████████████████████ MAY BE
SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

---

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
    United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544